IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

CURTIS AVERY,                          )
                                       )
                    Plaintiff,         )                    8:06cv772
                                       )
          vs.                          )               ORDER to SHOW CAUSE
                                       )
T. D. GENSLER, M.D., et al.,           )
                                       )
                    Defendants.        )


          This matter is before the court sua sponte.  It appears to the court that this case
may have been abandoned, as the plaintiff has failed to notify the court of his current
address, and the court has learned that the plaintiff has been released from the Douglas
County Correctional Center after filing his complaint.  As the court advised the plaintiff in
the Prisoner Payment Order, the plaintiff has an obligation to keep the court informed of
his current address at all times while this case is pending.

          Therefore, the Clerk of Court shall send this Order to Show Cause to the plaintiff at
the plaintiff's last known address in the court's records, with the notation "please forward"
on the outside of the envelope.  By February 15, 2007, the plaintiff shall show cause in
writing why this case should not be dismissed, without prejudice, for lack of prosecution.[1]
In the absence of a timely and sufficient response to this Order to Show Cause, the above-
entitled case may be subject, without further notice, to dismissal without prejudice by
District Judge Richard G. Kopf.

          SO ORDERED.

          DATED this 26th day of January, 2007.

                                        BY THE COURT:



                                        s/ F. A. GOSSETT
                                        United States Magistrate Judge

_____

          [1]See NECivR 41.1, which states in pertinent part:  "At any time when it appears that
any action is not being prosecuted with reasonable diligence the court may dismiss it for
lack of prosecution."